IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ANGIE DUSTY**                                             **PLAINTIFF,**

v.                           **CASE NO. 2:24-cv-2049**

**GLOVER & GLOVER PROPERTIES, LLC**
                                                              **DEFENDANT.**

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, by and through undersigned counsel of record, and hereby state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 21st day of October, 2024.

                                                         RESPECTFULLY SUBMITTED,

                                                         Davis A. Stephenson
                                                         TN BPR #039015
                                                         WAMPLER, CARROLL, WILSON
                                                         AND SANDERSON, PLLC
                                                         208 Adams Avenue
                                                         Memphis, Tennessee 38103
                                                         (901) 523-1844 – Telephone
                                                         alex@wcwslaw.com
                                                         ***Attorney for Plaintiff, Angie Dusty***

                                                         Derick Allison
                                                         Bar No. 2007214
                                                         WALTERS, ALLISON, PARKER & ESTELL
                                                         1405 W. Center St., 3rd Floor
                                                         Greenwood, AR 72936

479-996-2100
dallison@waltlaw.net
***Counsel for Defendant, Glover & Glover Properties, LLC***